# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-340-728

**Effective Date of Registration:** April 03, 2023
**Registration Decision Date:** April 04, 2023

---

## Title

    **Title of Work:** Tay Mills Figure

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** February 09, 2022
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Tavia Milburn
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Tavia Milburn
    1088 E Quarterdeck Way, Saratoga Springs, UT, 84045, United States

## Certification

    **Name:** Jeffrey Yee
    **Date:** April 03, 2023

---

    **Correspondence:** Yes
    **Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).