**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TAVIA MILBURN,<br><br>Plaintiff,<br><br>v.<br><br>PDD HOLDINGS, INC., a Cayman Islands corporation, WHALECO, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. 1:23-cv-04785<br><br>Hon. Lindsay C. Jenkins |

**DEFENDANT PDD HOLDINGS, INC.'S OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DEFENDANTS' OPPOSED MOTION TO DISMISS PLAINTIFF'S CLAIM FOR STATUTORY DAMAGES AND ATTORNEYS' FEES**

Defendant PDD Holdings, Inc. ("PDD"), pursuant to Federal Rule of Civil Procedure 12(b)(2), moves to dismiss the Complaint (Dkt. No. 1) of Plaintiff Tavia Milburn ("Plaintiff" or "Milburn") for lack of personal jurisdiction, and PDD and Defendant WhaleCo, Inc. ("WhaleCo") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's prayer for statutory damages and attorneys' fees. The basis for the motion and support therefore is provided in the accompanying Memorandum, filed concurrently.

Counsel for Defendants met and conferred with counsel for Plaintiff on September 25, 2023, and counsel for Plaintiff advised that Plaintiff opposes the motion.

Dated: September 25, 2023

/s/ *Garret A. Leach*

Garret A. Leach (#6237520)
Brian A. Verbus (#6314193)
Sarah M. Craig (#6326757)
Xaviere N. Giroud (#6334400)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
garret.leach@kirkland.com
brian.verbus@kirkland.com
sarah.craig@kirkland.com
xaviere.giroud@kirkland.com

*Attorneys for Defendants*